FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
IBINGA BERTIN,

                Petitioner,         03 CV 0434 (SJ)

  - against -                       ORDER

UNITED STATES OF AMERICA,
                Respondent.
------------------------------------------------------X

A P P E A R A N C E S

IBINGA BERTIN
10450 S.W. 162 Terr
Miami, FL 33157
Petitioner, *Pro Se*

ROSLYNN R. MAUSKOPF, ESQ.
United States Attorney
Eastern District of New York
One Pierrepont Plaza
Brooklyn, New York 11201
Attorney for Respondent

JOHNSON, Senior District Judge:

     Petitioner Bertin Ibinga filed a motion, pursuant to 28 U.S.C. § 1355, for return of certain property that he alleges to be in the custody of the government. The government has filed a motion to dismiss, arguing that Plaintiff did not file an administrative claim within two years of the date that the action accrued as required by 28 U.S.C. § 2401(b), and that this Court therefore lacks subject matter jurisdiction over the claim.

     The Court finds that Plaintiff's cause of action accrued when Plaintiff's

1

property was seized on July 30, 1992, and that Plaintiff has not demonstrated that he filed an administrative claim any earlier than August 12, 1999.[1] As Plaintiff did not properly exhaust his administrative remedies as required by 28 U.S.C. § 2401(b), the Court finds that his claim must be dismissed.

The Clerk of Court is directed to enter a final judgment of dismissal and to close the case.

SO ORDERED.

DATED: July 15, 2005
        Brooklyn, New York

                      s/SJ
                      Senior U.S.D.J.

---

1. Plaintiff appears to have sent letters requesting the return of his property at earlier dates. However, the Court finds that these letters do not constitute properly filed administrative claims.