UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IBINGA BERTIN,

                Petitioner,

  -against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------X

JUDGMENT
03-CV- 0434 (SJ)

FILED
IN CLERK'S OFFICE
U.S. D[ISTRICT COURT] E.D.N.Y.

        2005

P.M. _____
TIME A.M. _____

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on July 20, 2005, dismissing petitioner's motion for the return of property seized on July 30, 1992; and directing the Clerk of Court to enter a final judgment of dismissal; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's motion for the return of property seized on July 30, 1992 is dismissed; and that a final judgment of dismissal is hereby entered.

Dated: Brooklyn, New York
       July 20, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court